Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KENNETH DESHON MCGEE,<br><br>  Defendant. | NO. 3:97-cr-00092-HRH<br><br>**MOTION TO APPOINT COUNSEL**<br><br>*Filed on Shortened Time* |

　　　　KENNETH DESHON MCGEE, the defendant, through Assistant Federal Defender Mary C. Geddes, in a friend of the court capacity, respectfully moves this court for an order appointing the Federal Public Defender to his case.

　　　　Mr. McGee was previously deemed eligible for public counsel. He has been incarcerated since 1997. He has written to this office asking for assistance in the filing of a motion to reduce his sentence following the 'crack' reduction amendment to the United States Sentencing Guidelines. This office has sent him a "CJA Form 23" which when returned will be filed under seal.

DATED at Anchorage, Alaska this 29th day of February 2008.

Respectfully submitted,

/s/Mary C. Geddes
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     mary_geddes@fd.org

Certification:
I certify that on February 29, 2008,
a copy of the *Motion to Appoint*
*Counsel, Filed on Shortened Time*
was served electronically on:

Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: richard.pomeroy@usdoj.gov

/s/Mary C. Geddes