UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH DESHON MCGEE,<br><br>Defendant. | NO. 3:97-cr-00092-HRH<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Motion to Appoint Counsel, Filed on Shortened Time, the motion is GRANTED.

IT IS HEREBY ORDERED that Mary C. Geddes, Assistant Public Defender for the District of Alaska, is hereby appointed to represent Kenneth Deshon McGee in the above-styled action.

DATED this _____ day of _____ 2008, in Anchorage, Alaska.

_____
H. RUSSEL HOLLAND
U.S. DISTRICT JUDGE