Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KENNETH DESHON MCGEE,<br><br>        Defendant. | NO. 3:97-cr-00092-HRH<br><br>**MOTION TO REDUCE SENTENCE**<br><br>*Filed on Shortened Time* |

      KENNETH DESHON MCGEE, the defendant, through Assistant Federal Defender Mary C. Geddes, respectfully moves this court pursuant to 18 U.S.C. § 3582(c) for an order reducing the term of imprisonment based on the retroactive amendment to the crack cocaine guidelines, which alter the base offense level in this case.

      The defense requests a re-sentencing hearing before the trial judge at the earliest possible opportunity.  Kenneth McGee, who is incarcerated at USP Pollock, Pollack, LA, consents to appear by telephone.

This motion is supported by the attached memorandum, a letter from Kenneth McGee (Exhibit A), and certificates received by Kenneth McGee (Exhibit B) which are filed in support of his application.

DATED at Anchorage, Alaska this 3rd day of March 2008.

Respectfully submitted,

/s/Mary C. Geddes
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     mary_geddes@fd.org

Certification:
I certify that on March 3, 2008, a copy of the *Motion to Reduce Sentence, Filed on Shortened Time*, **with attachments** was served electronically on:

Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: richard.pomeroy@usdoj.gov

Nelson Cohen
United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

/s/Mary C. Geddes