UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH DESHON MCGEE,<br><br>Defendant. | NO. 3:97-cr-00092-HRH<br><br>**PROPOSED ORDER** |

After due consideration of the Defendant's Motion to Reduce Sentence, a hearing for re-sentencing is set for _____, 2008, at _____ ____.m. The defendant is directed to participate by telephone by calling 907-_____ at the time of the hearing.

DATED this _____ day of March 2008, in Anchorage, Alaska.

_____
H. RUSSEL HOLLAND
U.S. DISTRICT JUDGE