January 3, 2008

Dear Judge Holland,

    Greetings, Your Honor!  This is Kenneth McGee, and I'm writing to ask for leniency in re-sentencing me (§3582(c)(2)).  I would like for you to take the following into consideration when doing so.

    I have four children (14, 13, 12, and 10).  None remember me from almost 11years ago when I was arrested.  I love and miss my children very much.  My oldest son is 12.  He is struggling with adolescence, and trying to find his way as a young man - without a man in his life to guide him.  He has already been expelled from public school, and I am very afraid that if I'm not out there soon to deter him from his distructive path that I may lose him.

    For the past 10 years I've been rehabilitating myself.  Amongst litigating my own case with no prior knowledge of the law, I've taken classes to help my future in the free-world.  I've taken Small Business Management, Real Estate, Drug Class, Anger Management, several computer courses (typing etc.), and a Manuscript Writing Class - which helped me write my first book.  I've also - recently - applied for Blackstone Career Institute's Legal Assistant/Paralegal Course, but hope to be released before I enroll.  Attached are most of my certificates.

    None of the above was done in anticipation of a Guidelines Amendment.  I did it because I have been genuinely trying to better myself for my release so that I can be a positive part of society and a good father and role model to my children.

    Your Honor, I thank you for your time and consideration concerning this matter.  Please have a nice day!

                                     Sincerely,

                                     Kenneth McGee

Exhibit A - Page 1 of 1