

# Certificate of Completion

THIS CERTIFICATE IS PRESENTED BY

THE EDUCATION DEPARTMENT
SHERIDAN, OREGON
FOR COMPLETING THE

PARENTING PROGRAM

TO

Kenneth McGee

Who has completed 78 hours of Parenting Classes.
Is hereby awarded this certificate of completion

Awarded This 1st Day of July, 2002

*H. Black*
Parenting Program Coordinator

# United States Department of Justice

## Federal Bureau of Prisons

*Federal Correctional Institution*
*Sheridan, OR*

# Certificate of Completion

This is to certify that
**Kenneth McGee**
**13394-006**
has successfully completed 8 weeks of

*Anger Management*

4/14/04
_____
Date

_____
Staff Psychologist, FCI Sheridan

# Certificate of Achievement

This certifies that

*Kenneth McGee*

has satisfactorily completed

The Self-Guided Study Program In Anger Management

Consisting of __32__ Hours of Training

This certificate is hereby issued this __17th__ day of __July__, 2006

_____
K. Kodger, Ph.D.
Drug Abuse Program Coordinator

# Certificate of Achievement

This Certifies That

*K McGee*

has satisfactorily completed

*Writing for Manuscripts*

Consisting of 20 hours of Adult Continuing Education from July 16th through September 23rd, 2006. This certificate is hereby issued this 23rd day of September, 2006

M. Inderbitzen, A.C.E. Coordinator

M. Chavez, Supervisor of Education



# Certificate of Achievement

This certifies that

Kenneth McGee

has satisfactorily completed

WordPerfect 8.0 Word Processing Training

This certificate is hereby awarded this 3rd day of October, 2001.

_____
Instructor

_____
Supervisor of Education



# Certificate of Achievement

BE IT KNOWN THAT
THIS CERTIFICATE IS PRESENTED BY THE
SHERIDAN EDUCATION DEPARTMENT TO:

## Kenneth McGee

HAS SATISFACTORILY COMPLETED

### Excel 2000

AWARDED THIS 30TH DAY OF AUGUST, 2002

R. Ritter,
RENEE RITTER,
DIRECTOR OF EDUCATION

D. Blay,
D. BLAY,
VT INSTRUCTOR

# Louisiana Technical College

Acknowledges that

**Kenneth McGee**

has satisfactorily completed Non-Credit Continuing Education contact hours

In **MS Word, MS Excel, MS Access** conducted by the

**Alexandria Campus**

Given this **11** day of **December**, **2007**

_Campus Dean, Alexandria Campus_

_Regional Director_

# Certificate of Completion

Be it known that this certificate is presented by the **Sheridan Education Department** To:

*Kenneth McGee*

for the successful completion of the **Business Basics A.C.E.** course. This certificate is hereby issued this 15th Day of June 2005.

_____
A.C.E. Coordinator

_____
Supervisor of Education

# Certificate of Achievement

This certifies that

**Kenneth McGee**

has satisfactorily completed

*REAL ESTATE MATHEMATICS*

Consisting of __36__ Hours of Training

This certificate is hereby issued this __13th__ day of __September__, 20__02__

R. Ritter, Supervisor of Education

R. Boeger, ACE Coordinator



# Certificate of Completion

Be it known that this certificate is presented by the **Sheridan Education Department** To:

*McGee, K*

for the successful completion of the Electric IB A.C.E. course. This Certificate is hereby issued on 28th Day of September 2004

A.C.E. Coordinator

Supervisor of Education

# CERTIFICATE

For completion of the

*Step Aerobics Class*

Awarded To

*Kenneth McGee*

**October 26, 2007**

**USP Pollock Recreation Department**



*Recreation Specialist*

