Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH DESHON MCGEE,<br><br>Defendant. | NO. 3:97-cr-00092-HRH<br><br>**MOTION TO EXPEDITE** DEFENDANT'S **MOTION TO REDUCE SENTENCE**<br><br>*Filed on Shortened Time* |

       KENNETH DESHON MCGEE, the defendant, through Assistant Federal Defender Mary C. Geddes moves this honorable court for an order to expedite his Motion to Reduce Sentence, filed March 3, 2008, at Docket No. 472.  Mr. McGee appears to be entitled to the two-level crack reduction, and it appears that –  if granted –  he would be entitled to an immediate release from incarceration.  For this reason, counsel requests an expedited schedule for responsive briefing in this matter.

DATED at Anchorage, Alaska this 3${}^{rd}$ day of March 2008.

Respectfully submitted,

/s/Mary C. Geddes
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     mary_geddes@fd.org

Certification:
I certify that on March 3, 2008,
a copy of the *Motion to Expedite Defendant's Motion to Reduce Sentence, Filed on Shortened Time* was served electronically on:

Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: richard.pomeroy@usdoj.gov

/s/Mary C. Geddes