UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KENNETH DESHON MCGEE,<br><br>　　　　Defendant. | NO. 3:97-cr-00092-HRH<br><br>**PROPOSED ORDER** |

　　　　On consideration of the defendant's request for expedited consideration of his 18 U.S.C. § 3582(c)(2) motion to reduce sentence, and good cause appearing therefore;

　　　　IT IS HEREBY ORDERED that the request for expedited consideration is granted.

　　　　The government shall have seven (7) days from entry of this order to respond to the defendant's motion to reduce sentence.

　　　　DATED this ____ day of March 2008, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　H. RUSSEL HOLLAND
　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE