IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                  )<br>                     Plaintiff,  )<br>                                  )<br>     vs.                          )<br>                                  )<br>KENNETH DESHON McGEE (D-01),      )<br>TYRELL WALTON (D-03), and         )<br>AHMAD RASHAD STEVENS (D-04),      )<br>                                  )<br>                     Defendants.  )<br>_____)<br>                                  )<br>This Order Pertains to:           )<br>                                  )<br>KENNETH DESHON McGEE (D-01)       )<br>_____)  | No. 3:97-cr-0092-HRH |

ORDER DIRECTING
SERVICE AND RESPONSE

On March 3, 2008, Kenneth Deshon McGee, through counsel, filed a motion for re-sentencing,[1] on shortened time, under 28 U.S.C. § 3582(c), and a motion to expedite the re-sentencing in light of the new sentencing guidelines with respect to "crack" cocaine.[2] As explained by the Supreme Court in Kimbrough v. United States, the guidelines were changed, effective November 1, 2007, to reduce "the

___

[1]Docket No. 472.

[2]Docket No. 475.

- 1 -

base offense level associated with each quantity of crack by two levels."[3] The Supreme Court noted at the time that "[t]he Commission has not yet determined whether the amendment will be retroactive to cover defendants like Kimbrough."[4] Since that case was decided, it has been determined that the guidelines would become retroactive on March 3, 2008.[5]

   IT IS THEREFORE ORDERED that:

   1. Mr. McGee's application for appointment of counsel[6] is granted, and Mary Geddes is appointed to represent Mr. McGee for the purposes of any re-sentencing under Section 3582(c).

   2. Defendant has asked for expedited consideration of his motion for a sentence reduction.[7] The schedule established in this order is as expeditious as the court can provide. To the extent defendant seeks a more rapid determination, the motion is denied.

   3. The clerk of court will please confirm that the Office of the United States Attorney for the District of Alaska has been served with a copy of the motion for re-sentencing and supporting documents.

---

   [3]Kimbrough v. United States, 128 S. Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidelines for United States Courts, 72 Fed. Reg. 28571-28572 (2007).

   [4]Id., 569 n.11.

   [5]See United States v. Ross, 511 F.3d 1233, 1237 n.2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c)(2).")

   [6]Docket No. 471.

   [7]Docket No. 475.

4.	The Government shall respond to the motion for re-sentencing on or before May 7, 2008.

5.	Counsel for defendant McGee may file a reply on or before thirty days of the filing of the response.

6.	A hearing on defendant's motion for re-sentencing will be conducted at 9:00 a.m. on Monday, June 16, 2008.

DATED this <u>7th</u> day of March, 2008.

<pre>                              /s/ H. Russel Holland
                              United States District Judge</pre>