MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  KENNETH DESHON MCGEE   CASE NO. 3:97-CR-00092-01-HRH
Defendant:  X Present Telephonic    X In Custody

BEFORE THE HONORABLE:           H. RUSSEL HOLLAND

DEPUTY CLERK/RECORDER:          CAROLINE EDMISTON

UNITED STATES' ATTORNEY:        ANDREA T. STEWARD

DEFENDANT'S ATTORNEY:           MARY C. GEDDES

U.S.P.O.:                       KAREN BREWER

PROCEEDINGS: HEARING ON MOTION FOR RE-SENTENCING (DKT 472)
             HELD 05/14/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:08 a.m. court convened.

Court and counsel heard re Defendant's Motion for Re-Sentencing
(DKT 472), defendant's current release date and reductions.

At 9:24 a.m. court recessed until 9:36 a.m.

Court and counsel heard re Defendant's Motion for Re-Sentencing
(DKT 472) **GRANTED.**

Court ordered that the defendant's previously imposed sentence of
imprisonment (as reflected in the last judgment issued) of 188
months on Counts 1, 2 & 3, to run concurrently are reduced to
time served on Counts 1, 2 & 3.

Court ordered that an Amended Judgment be issued with the
amendments as to the sentence, alcohol testing and special
conditions, as stated in the amended judgment.

Court and counsel heard re statement of reasons; court ruled that
the statement of reasons does not need to be done because the
AO247 form will have that necessary information.

Order Regarding Motion for Sentence Reduction Pursuant to 18
U.S.C. § 3582(c)(2) **FILED.**

At 9:50 a.m. court adjourned.




DATE:        May 14, 2008          DEPUTY CLERK'S INITIALS:  CME

Revised 6-18-07