AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of __ALASKA__

RECEIVED

MAY 15 2008

ANCHORAGE, ALASKA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KENNETH DESHON MCGEE | ) | Case No: 3:97-CR-00092-01-HRH |
| | ) | USM No: 13394-006 |
| Date of Previous Judgment: 09/15/1998 | ) | Mary Geddes |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188__ months **is reduced to** __Time Served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 32 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):    An amended judgment shall be entered reducing defendant's sentence of imprisonment to "Time Served" on all counts. The amended judgment shall modify the special conditions of supervised release as follows: 1) Amend any testing to include the condition and requirements stated on the record 2) Add a special condition of half-way house residence as stated on the record.

**III. ADDITIONAL COMMENTS**

A copy of this order shall be attached to the amended judgment.

Except as provided above, all provisions of the judgment dated __09/15/1998__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  MAY 14, 2008

**SIGNATURE REDACTED**
Judge's signature

Effective Date: _____
(if different from order date)

H. RUSSEL HOLLAND, U.S. DISTRICT JUDGE
Printed name and title